■ MARGARET PASSUCCI, as Administratrix of the Estate of LUCILLE FIERLE, Deceased, Respondent-Appellant, v ABSOLUT CENTER FOR NURSING AND REHABILITATION AT ALLEGANY, LLC, et al., Appellants-Respondents. [999 NYS2d 791]—Appeal and cross appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered January 10, 2014. The order granted in part and denied in part the motion of plaintiff for class certification.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Peradotto, Carni and Whalen, JJ.